MARK S. SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 247-4667
FAX: (406) 657-6058
E-Mail: mark.smith3@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

JAN 2 7 2012

PATRICK E. DUFFY CLERK
BY _____
Deputy Clerk



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 11-55-BLG-RFC-03 |
|---|---|
| Plaintiff, | **SUPERSEDING INFORMATION** |
| vs. | AIDING AND ABETTING IN UNLAWFUL TRAFFICKING IN EAGLES |
| HARVEY ALLEN HUGS, | Title 18 U.S.C. § 2 and Title 16 U.S.C. § 668(a) |
| Defendant. | (Penalty: Not more than one year imprisonment and a $5000 fine) |

1

THE UNITED STATES ATTORNEY CHARGES:

That on or around December 5, 2010, at or near Hardin, in the State and District of Montana, the defendant, HARVEY ALLEN HUGS, did knowingly, and with wanton disregard for the consequences of his actions, aid and abet William Esley Hugs, Sr. in offering for sale and selling eagle parts, namely, eagle plume feathers, three golden eagle wings, and a golden eagle tail, in violation of 18 U.S.C. Section 2 and 16 U.S.C. Section 668(a).

DATED this 27TH day of JANUARY 2012. ~~December, 2011~~.

MICHAEL W. COTTER
United States Attorney

MARK S. SMITH
Assistant U.S. Attorney
Attorney for Plaintiff

MICHAEL W. COTTER
United States Attorney

KRIS A. MCLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

2